UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY E. BELL, et al.,<br>Plaintiff,<br>v.<br>KATE M. VAN PARYS, et al.,<br>Defendants. | Case No. 2:25-cv-02681-DAD-CSK<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*, AND DISMISSING THIS ACTION WITH PREJUDICE</u><br><br>(Doc. Nos. 2, 3) |

Plaintiff initiated this civil action by filing a complaint on September 17, 2025, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On November 25, 2025, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient on its face because no basis for federal jurisdiction was alleged or apparent, the complaint was largely unintelligible, and also failed to state any claim upon which relief could be granted. (Doc. No. 3.) The magistrate judge also found that in light of the nature of the pleading deficiencies the granting of leave to amend should therefore be denied as futile. (*Id*. at 6.) Finally, the magistrate judge recommended that plaintiff's incomplete application for leave to proceed in forma pauperis be denied. (*Id*. at 1–3.)

/////

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 7.) Plaintiff has not filed any objections or otherwise communicated with the court, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations (Doc. No. 3) are ADOPTED IN FULL;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED;
3. Plaintiff's complaint (Doc. No. 1) is DISMISSED without leave to amend; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **October 15, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE